IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Anthony Torcivia | : | Case No.: 17-16752REF |
| | : | |
| Debtor(s) | : | Chapter 13 |

## PRAECIPE TO WITHDRAW APPLICATION FOR COMPENSATION

TO THE COURT:

On behalf of the Debtor, please withdraw the Application for Compensation, filed at Docket Number 19.

Dated: April 19, 2018        /s/ Brad J. Sadek, Esquire
                                              Brad J. Sadek, Esquire
                                              Sadek and Cooper
                                              "The Philadelphia Building"
                                              1315 Walnut Street, #502
                                              Philadelphia, PA 19107
                                              215-545-0008