IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Anthony Torcivia | : |
| | : |
| | :   Case No.: 17-16752REF |
| | : |
| Debtor(s) | :   Chapter 13 |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation that was filed on April 19, 2018 at Docket Number 22.

Dated: May 11, 2018                    /s/ Brad J. Sadek, Esquire
                                       Brad J. Sadek, Esquire
                                       Sadek and Cooper
                                       "The Philadelphia Building"
                                       1315 Walnut Street, #502
                                       Philadelphia, PA 19107
                                       215-545-0008