United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony Torcivia  
    Debtor

Case No. 17-16752-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Violet    Page 1 of 1    Date Rcvd: May 30, 2018  
                 Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.  
db        +Anthony Torcivia,   462 Wyomissing Road,    Mohnton, PA 19540-8406  
cr        +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/PDF: gecsedi@recoverycorp.com May 31 2018 02:29:32      Synchrony Bank,  
     c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:  
        BRAD J. SADEK    on behalf of Debtor Anthony  Torcivia brad@sadeklaw.com,   bradsadek@gmail.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
    ecf_frpa@trustee13.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC  
    bkgroup@kmllawgroup.com  
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE  
    RRamos-Cardona@fredreiglech13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                 TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Anthony Torcivia | : |
| | : |
| | :     Case No.: 17-16752REF |
| | : |
| Debtor(s) | :     Chapter 13 |

# ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,000.00.

**Date: May 30, 2018**
Dated:

_____
**Judge Richard E. Fehling**