UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

ANTHONY   TORCIVIA

                                                    : Bankruptcy No. 17-16752REF
        Debtor(s)                            : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                       BY THE COURT

**Date: October 25, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET       SUITE 502
PHILADELPHIA PA 19107-

ANTHONY   TORCIVIA
462 WYOMISSING ROAD
MOHNTON,PA.19540