United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony Torcivia  
    Debtor

Case No. 17-16752-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Oct 25, 2018  
                  Form ID: pdf900      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
```
db             +Anthony Torcivia,    462 Wyomissing Road,    Mohnton, PA 19540-8406
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
14005847       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13993285       +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2018 02:37:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2018 02:37:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2018 02:39:23      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13993282       +E-mail/Text: collections@bellcocu.org Oct 26 2018 02:38:00      Bellco Fcu,    609 Spring St,
                 Wyomissing, PA 19610-1701
14030792       +E-mail/Text: bankruptcy@cavps.com Oct 26 2018 02:37:42      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13993283       +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Oct 26 2018 02:38:05      Collection Center,
                 Attn Collections/Bankruptcy,    Po Box 8666,    Lancaster, PA 17604-8666
13993284       +E-mail/Text: bankruptcynotices@dcicollect.com Oct 26 2018 02:38:00      Diversified Consultant,
                 Dci,    Po Box 551268,    Jacksonville, FL 32255-1268
13993915       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2018 03:12:21
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Anthony  Torcivia brad@sadeklaw.com, bradsadek@gmail.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

ANTHONY   TORCIVIA

                                                : Bankruptcy No. 17-16752REF
       Debtor(s)                                : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: October 25, 2018**

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET      SUITE 502
PHILADELPHIA PA 19107-

ANTHONY   TORCIVIA
462 WYOMISSING ROAD
MOHNTON,PA.19540